JOHN W. HUBER, United States Attorney (#7226)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: stewart.young@usdoj.gov

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 13 2019
BY D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA DIAZ-OSUNA and<br>EDGAR DANIEL CARRILLO,<br><br>Defendants. | Case No. 2:19mj430 PMW<br><br>**SEALED** COMPLAINT<br><br>COUNT I: Conspiracy to Distribute Methamphetamine<br><br>SEALED<br><br>Judge Paul M. Warner |

Before the Honorable Paul M. Warner, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
**21 U.S.C. §§ 841(a)(1) & 846**
**(Conspiracy to Distribute Methamphetamine)**

Beginning on a date unknown, and at least from August 1, 2018, continuing to on or about June 13, 2019, in the Central Division of the District of Utah, and elsewhere,

**PAMELA DIAZ-OSUNA and**
**EDGAR DANIEL CARRILLO**

the defendants herein, did knowingly and intentionally conspire with others known and unknown to distribute fifty (50) grams and more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. §841(b)(1)(B).

This complaint is made on the basis of investigation consisting of the following:

1. Complainant is an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. He has been so employed by the FBI since January of 2008. Since May 2018, complainant has been assigned to the FBI Safe Streets Task Force (SSTF) and is tasked with investigating violent street gangs and drug trafficking. As a Special Agent with the FBI, Complainant has participated in numerous investigations involving drug trafficking activities in violation of Title 21, United States Code, Sections 841 and 846, and money laundering and conspiracy to do the same in violation of Title 18, United States Code, Sections 1956 and 1956(h). These investigations have resulted in the arrests and convictions of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of controlled substances and proceeds of the sale of those controlled substances. Complainant is familiar with the appearance, packaging, common usage and terminology regarding controlled substances through my training, experience, and observation. He

has both assisted in and facilitated narcotics and weapons transactions utilizing undercover officers and confidential sources throughout Salt Lake County. He is familiar with the manner of importation, distribution, and efforts that drug dealers utilize in order to detect law enforcement. He has been involved in the debriefing of defendants, witnesses, sources and others who have knowledge of narcotics trafficking. He has written, reviewed, and executed numerous search warrants. He has conducted investigations concerning the concealment of narcotics proceeds, including assets, monies and bank records, and the identification of co-conspirators through the use of drug ledgers, telephone records and bills, photographs, and financial records. He has participated in investigations that involve sophisticated electronic surveillance methods to include pen registers, trap and trace devices, and court-authorized wiretaps. He is familiar with the methods in which narcotics traffickers conduct their business, including, but not limited to, their methods of importing and distributing narcotics, their use of cellular telephones, their use of business/houses in which to store narcotics and conduct meetings, and their use of numeric codes and code words to conduct their narcotics transactions. Complainant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2. The statements in this affidavit are based in part on information provided by law enforcement officers assigned to other law enforcement agencies, other Special Agents and employees of the FBI and on my experience and background as a Special Agent of the FBI,

and information received from confidential sources as well as the state of Utah. Since this affidavit is being submitted for the limited purpose of securing a Complaint from the Court, your Complainant has not included each and every fact known to him concerning this investigation.

1. In the summer of 2018, a Confidential Human Source (CS#1) reported to your Affiant that Pamela Diaz-Osuna is a member of a large drug trafficking organization. CS#1 was able to introduce another confidential source (CS#2) to Pamela Diaz-Osuna. Both CS#1 and CS#2 have completed controlled buys of methamphetamine from Diaz-Osuna.[1]

2. On September 27, 2018, CS#2 met with Pamela Diaz-Osuna in Salt Lake County, Utah. CS#2 was provided with approximately five ounces of a white crystalline substance Diaz-Osuna portrayed as methamphetamine. Your Affiant field tested the material which gave a positive indication for the presence of methamphetamine.

3. On December 14, 2018, CS#2 met with Pamela Diaz-Osuna in West Valley City, Utah. CS#2 paid Diaz-Osuna $900 for a brown bag containing three clear baggies containing a white crystalline substance. The material was field tested and gave a positive indication for the presence of methamphetamine.

---

1 CS#1 and CS#2 are working with law enforcement authorities in exchange for financial remuneration. Both CS1 and CS#2 have worked in association with your affiant for some time and have never, to your affiant's knowledge, provided your affiant with false or misleading information. On the contrary, CS#1 and CS#2 appear to your affiant to be very knowledgeable about drug distribution activities.

4. On March 19, 2019, CS#1 met with Diaz-Osuna and her associate, Edgar Carrillo, in Midvale, Utah. During the meeting, Carrillo and Diaz-Osuna discussed the price of pound quantities of methamphetamine and logistical issues associated with the sale of large amounts of narcotics.

5. On March 29, 2019, CS#1 met with Pamela Diaz-Osuna and Edgar Carrillo in West Jordan, Utah. CS#1 paid $1,700 for six baggies containing a white crystalline substance. The material was field tested and gave a positive indication for the presence of methamphetamine.

6. Prior to each controlled drug buy, the confidential source completing the controlled buy was met at a secure location by FBI Safe Streets Task Force personnel. Each time, the confidential source completing the buy was searched, along with his/her vehicle, for contraband and narcotics. No illegal substances were ever located during these searches. During each controlled drug buy, the confidential source was equipped with a recording device. The confidential source conducting the buy was followed to the meeting site by FBI Task Force personnel. Surveillance teams monitored each controlled drug buy. Following the drug buy, the source was met at a secure location where FBI personnel secured the narcotics along with the recording devices. The source was searched each time for narcotics and contraband with nothing ever located. Each time the drug evidence and the recording devices were transported directly to the FBI Salt Lake City Field Office where the items were booked into evidence storage.

7. Agents believe that based on this information, Edgar Carrillo and Pamela Diaz-Osuna have conspired with each other and persons unknown to distribute methamphetamine throughout the Salt Lake Valley.

Affiant,
Special Agent John Dougherty
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 13th day of June, 2019.

Paul M. Warner
United States Chief Magistrate Court Judge

APPROVED:

JOHN W. HUBER
United States Attorney

Stephen L. Nelson
Stewart M. Young
Assistant United States Attorney