AO 442 (Rev. 11/11) Arrest Warrant

FILED U.S. DISTRICT COURT 2019 JUN 24 P 12: DISTRICT OF UTAH BY: DEPUTY CLERK

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH JUN 13 2019 BY D. MARK JONES, CLERK DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Utah

United States of America
v.
Pamela Diaz-Osuna and Edgar Daniel Carrillo

*Defendant*

Case No. 2:19mj430 PMW

SEALED

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Pamela Diaz-Osuna,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Sections 841(a)(1) and 846 (Narcotics Distribution and Conspiracy)

Date: 06/13/2019

[signature]
*Issuing officer's signature*

City and state: Salt Lake City, Utah

The Honorable Paul M. Warner, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/13/19, and the person was arrested on *(date)* 6/13/19
at *(city and state)* West Jordan, UT.

Date: 6/13/19

[signature]
*Arresting officer's signature*

SA John Dougherty - FBI
*Printed name and title*