JOHN W. HUBER, United States Attorney (#7226)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
Telephone: (801)-524-5682

FILED
U.S. DISTRICT COURT
2019 JUN 26 P 12: 18
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA DIAZ-OSUNA and EDGAR DANIEL CARRILLO,<br><br>Defendant. | Case No.<br><br>INDICTMENT<br><br>VIOLATIONS:<br><br>Count 1: 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2<br>Distribution of Methamphetamine<br><br>Count 2: 18 U.S.C. § 924(c) & 18 U.S.C. § 2<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

2:19 cr 226 HCN

The Grand Jury Charges:

**COUNT 1**

**21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about June 13, 2019, in the Central Division of the District of Utah,

PAMELA DIAZ-OSUNA and EDGAR DANIEL CARILLO,

defendants herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. §

812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 2**
**18 U.S.C. § 924(c) & 18 U.S.C. § 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 13, 2019, in the Central Division of the District of Utah,

PAMELA DIAZ-OSUNA and EDGAR DANIEL CARILLO,

defendants herein, did knowingly possess a firearm in furtherance of a drug trafficking crime, to wit: possession of methamphetamine with intent to distribute, a violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, as alleged in Count 1 of this Indictment and incorporated by reference herein, and did aid and abet therein; all in violation of 18 U.S.C. § 924(c)(1)(A) & 18 U.S.C. § 2.

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for violating 18 U.S.C. § 924, and/or 21 U.S.C. § 841, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to,

- Primary Weapon System, Model - MK107, Serial# X01323;
- Remington Arms, Model - 1911 R1, Caliber - 45, Serial# RHH028296;
- Fabrinor Legutiano, Model - NA, Caliber - UNK, Serial# 71-04-04815-04;
- AK-47, Model - NA, Caliber - 7.62 X 39, Serial# RAS47105246; and
- Diamondback Firearms, Model - Multi Cal, Caliber: .223/5.56, Serial# DB1908179.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense charged herein in violation of 21 U.S.C. § 841, the defendant(s) shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

- Primary Weapon System, Model - MK107, Serial# X01323;
- Remington Arms, Model - 1911 R1, Caliber - 45, Serial# RHH028296;
- Fabrinor Legutiano, Model - NA, Caliber - UNK, Serial# 71-04-04815-04;
- AK-47, Model - NA, Caliber - 7.62 X 39, Serial# RAS47105246; and
- Diamondback Firearms, Model - Multi Cal, Caliber: .223/5.56, Serial# DB1908179.

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

STEWART M. YOUNG
STEPHEN L. NELSON
Assistant United States Attorneys