AO 442

FILED
U.S. DISTRICT COURT
2019 JUL -1 P 1:15
DISTRICT OF UTAH
BY: DEPUTY CLERK

# United States District Court

for the
**District of Utah**

UNITED STATES OF AMERICA

V.

**Pamela Diaz-Osuna**

Case No: 2:19cr226-1-HCN

ORIGINAL

SEALED

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) PAMELA DIAZ-OSUNA,

who is accused of an offense or violation based on the following document filed with the court:

- [X] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Methamphetamine with Intent to Distribute. Possession of a Firearm in Furtherance of a Drug Trafficking Crime.**

19 JUN 26 P2:39

in violation of **21:841 and 18:924** United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

June 26, 2019 at Salt Lake City, Utah
Date and Location

United States District Court — District of Utah — WARRANT

By: Lynsie Severnak
Deputy Clerk

Bail fixed ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 06/27/2019 | NAME AND TITLE OF ARRESTING OFFICER William Arnold DSUM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 06/27/2019 | | |