DAVID GEARY- #6878
Assistant Attorney General
SEAN D REYES - #7969
Utah Attorney General
Attorneys for the State of Utah
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84111
Telephone: (801)366-0250
Email: AGCPSLC@agutah.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA DIAZ-OSUNA<br><br>Defendant. | **PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Case No. 2:19-cr-00226-HCN<br>2:19-cr-00226-HCN-1<br><br>Magistrate Judge |

The Office of the Utah Attorney General states that Defendant, Pamela Diaz Osuna, who is presently confined in the Davis County Jail under the authority of the United States Marshal pursuant to an order of the United States District Court, is required to appear before the Honorable Tupakk Renteria at the Third District Juvenile Court, , 8080 S. Redwood Road, West Jordan, Utah, on August 21, 2019 2:00 p.m., for a pretrial hearing in the case of State of Utah, in the Interest of Ian Carrillo (case no. 1175136), Dylan Carrillo (case no. 1175135), Allizon Aguilar Diaz (case no. 1175134), and Jorge Pardo (case no. 1175137).

Wherefore, Petitioner requests the Court to issue a Writ of Habeas Corpus Ad

Testificandum to the Salt Lake County Metro Jail for the District of Utah or any other United States Marshal, requiring him to serve the Writ on the Warden, Sheriff, Superintendent, or custodian of the institution where the defendant is confined and to bring the defendant before the court at the above-stated place and time, to hold the defendant in custody pending completion of his testimony, and thereafter to return him to the institution where he is now confined.

DATED this 8 day of August 2019.

Sean D. Reyes
Attorney General

DAVID GEARY
Assistant Attorney General