DAVID GEARY- #6878
Assistant Attorney General
SEAN D REYES - #7969
Utah Attorney General
Attorneys for the State of Utah
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84111
Telephone: (801)366-0250
Email: AGCPSLC@agutah.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA E. DIAZ OSUNA<br><br>Defendant. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Case No. 2:19-cr-00226-HCN<br>2:19-cr-00226-HCN-1<br><br>Magistrate Judge |

TO: SALT LAKE COUNTY SHERIFF'S OFFICE
ATTN: TRANSPORT

GREETINGS:

You are directed to bring PAMELA DIAZ OSUNA, who is confined at the Davis County Jail, before the Honorable Judge Tupakk Renteria at the Third Judicial District Juvenile Court, 8080 S. Redwood Road, West Jordan, Utah, on August 21, 2019 2:00 p.m. for the purpose of attending a pretrial hearing in the case of State of Utah, in the Interest of Ian Carrillo (case no. 1175136), Dylan Carrillo (case no. 1175135), Allizon Aguilar Diaz (case no. 1175134), and Jorge Pardo (case no. 1175137). It is necessary that the defendant be present in person on said date, during the proceedings, appearances and final disposition of the case.

You are further directed to serve a certified copy of this Writ on the Warden, Sheriff, Superintendent, or custodian of the institution in which defendant is confined, to hold the defendant in your custody pending completion of his testimony, and thereafter to return him to the institution where he is now confined.

DATED this 9th day of August 2019.

Evelyn J. Furse
United States District Court
Magistrate Judge Evelyn Furse

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District Court for the District of Utah.

D. MARK JONES, Clerk