SCOTT K. WILSON, Federal Public Defender (#13967)
EMILY A. STIRBA, Assistant Federal Public Defender (#17112)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: emily_stirba@fd.org

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA DIAZ-OSUNA<br>EDGAR DANIEL CARILLO,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>2:19-cr-00226-HCN<br><br>Honorable Howard C. Nielson, Jr. |

Pursuant to the Court's June 22, 2020 order,[1] the parties provide the following status update:

1. The parties have conferred regarding the need for a trial and a trial date.

2. The parties do not yet know how likely a trial is in this case.

3. Because the parties do not yet know if a resolution is possible, the parties ask the Court to set a trial date approximately sixty days after the court reopens to ensure sufficient time to prepare for trial.

---

[1] Dkt. 44, June 22, 2020 Order.

DATED this 25th day of June, 2020.

/s/ *Emily Stirba*
Emily Stirba
Attorney for Pamela Diaz Osuna

/s/ *Bel-Ami de Montreux*
Bel-Ami de Montreux
Attorney for Edgar Daniel Castillo

/s/ *Stephen Nelson*
Stephen Nelson
Assistant United States Attorney