JOHN W. HUBER, United States Attorney (#7226)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA DIAZ-OSUNA and<br>EDGAR DANIEL CARRILLO,<br><br>Defendants. | Case No. 2:19CR 226 HCN<br><br>SUPPLEMENTAL NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY<br><br>Judge Nielson |

The United States of America, by and through the undersigned, hereby files its supplemental notification of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendants.

The United States gives notice that the following is being or has been provided to counsel for the defendants:

//

//

| Description | Bates Number |
|---|---|
| Discovery produced: NOC 04 | **ARR-PHT-ZUN-00001 - ARR-PHT-ZUN-00045**<br>**AV-GAX-00001**<br>**AV-HAT-00001 - AV-HAT-00005**<br>**AV-NIE-0000 - AV-NIE-00005**<br>**RPT-DCSO-00001 - RPT-DCSO-00017**<br>**RPT-DMNSF-00001 - RPT-DMNSF-00001.41**<br>**RPT-DMNSF-00002 - RPT-DMNSF-00013**<br>**RPT-DMNSF-00014 - RPT-DMNSF-00014.02**<br>**RPT-DMNSF-00015 - RPT-DMNSF-00016**<br>**RPT-DMNSF-00017 - RPT-DMNSF-00017.02**<br>**RPT-DMNSF-00018**<br>**RPT-DMNSF-00019 - RPT-DMNSF-00019.02**<br>**RPT-DMNSF-GPS-COL-00001 - RPT-DMNSF-GPS-COL-00001.02**<br>**RPT-DMNSF-GPS-COL-00002 - RPT-DMNSF-GPS-COL-00003**<br>**RPT-DMNSF-GPS-X3-00001 - RPT-DMNSF-GPS-X3-00001.03**<br>**RPT-DMNSF-GPS-X3-00002 - RPT-DMNSF-GPS-X3-00002.02**<br>**RPT-DMNSF-GPS-X3-00003**<br>**RPT-DMNSF-GPS-X3-00004 - RPT-DMNSF-GPS-X3-00004.34**<br>**RPT-DMNSF-GPS-X5-00001 - RPT-DMNSF-GPS-X5-00001.04**<br>**RPT-DMNSF-GPS-X5-00002 - RPT-DMNSF-GPS-X5-00002.03**<br>**RPT-DMNSF-GPS-X5-00003 - RPT-DMNSF-GPS-X5-00003**<br>**RPT-DMNSF-SURV-PHT-00001 - RPT-DMNSF-SURV-PHT-00007**<br>**RPT-DMNSF-SW-00001 - RPT-DMNSF-SW-00001.03**<br>**RPT-DMNSF-SW-00002 - RPT-DMNSF-SW-00002.02**<br>**RPT-DMNSF-SW-00003 - RPT-DMNSF-SW-00032**<br>**RPT-DMNSF-WIT-00001 - RPT-DMNSF-WIT-00002**<br>**RPT-WVCPD-00001 - RPT-WVCPD-00001.02** |

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendants to make a specific request for such material. Upon the request of the defendants, the United States will permit and facilitate the defendants own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendants (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of

Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendants under DUCrimR 16-1(c), which states that the defendants must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

a. Documents and tangible objects the defendants intend to introduce as evidence at trial;

b. Reports of examinations and tests the defendants intend to introduce at trial or that were prepared by a witness whom the defendants intend to call at trial; and

c. A written summary of the testimony of any expert the defendants intend to use at trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendants provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

//

//

The United States also hereby requests all written and recorded statements by any witness other than the defendants whom the defendants intend to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this _26th_ day of August, 2020.

JOHN W.HUBER
United States Attorney

_/s/ *Stephen L. Nelson*______
STEPHEN L. NELSON
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was made available to all parties named below, this 26th day of August, 2020.

Emily Stirba
*Attorney for Def. Diaz-Osuna (1)*
46 W. Broadway, Suite 110
Salt Lake City, Utah 84101
Emily_stirba@fd.org

Bel-Ami de Montreux
*Attorney for Def. Carillo (2)*
10619 S. Jordan Gateway, Suite 345
So. Jordan, Utah 84095
montreuxfreres@aol.com

*/s/ Yvette Laughter*
Litigation Support Specialist