# Attachment C

## Affidavit of Eddie Stenehjem, MD

**DECLARATION OF DR. EDDIE STENEHJEM**

I, Dr. Eddie Stenehjem, hereby declare and state as follows:

1. I am a resident of Salt Lake City, Utah.

2. I graduated from Saint Louis University School of Medicine and completed a residency and chief medical residency in internal medicine at the University of Colorado. This was followed by a three-year fellowship in infectious diseases at Emory University School of Medicine where I also obtained a Masters in Clinical Research and Epidemiology.

3. I am a board-certified, practicing Infectious Diseases Physician for Intermountain Healthcare. In addition to providing expert infectious diseases consultation in the hospital, I am Intermountain Healthcare's Senior Medical Director of Antibiotic Stewardship in the Office of Patient Experience. In this role, I lead all aspects of antibiotic prescribing improvement initiatives for the health system. I am also an Intermountain Researcher focused on improving the quality of care delivered to patients with infectious diseases by educating, implementing, operationalizing, and measuring antibiotic prescribing improvement interventions and programs. My professional opinions set forth in this declaration are my own and do not represent those of my employer.

4. As an Infectious Diseases Physician, I am uniquely positioned to comment on the risks of SARS COV-2 infection, the severity of COVID 19 (the infection caused by the SARS COV-2 virus), and the epidemiology of the SARS COV-2 pandemic. SARS COV-2 is a coronavirus that causes the Coronavirus Infectious Disease Syndrome, otherwise known as COVID 19.

5. COVID 19 is a severe respiratory infection that is easily transmitted via droplet particles through the respiratory tract. Individuals become infected by either direct contact with infected droplet particles (e.g., an infected person in close proximity coughs or sneezes in the face of an uninfected individual) or by touching contaminated environmental objects and then touching one's face, eyes, or mouth (REF 1, 2, 3). Contaminated plastic and stainless steel can harbor viable SARS COV-2 for up to 72 hours after inoculation (REF 3). In addition, data now confirms that infected individuals shed virus from 1 – 3 days prior to becoming symptomatic with COVID 19 (REF 4). This early shedding of the virus is very problematic from a transmission standpoint as infected individuals may unwittingly transmit virus prior to becoming symptomatic. Because of the transmissibility and pre-symptomatic shedding of this virus, it is the recommendation of

the World Health Organization, the Centers for Disease Control, and the Infectious Diseases Society of America for all people to limit their exposures to the general public by practicing strict social distancing (REF 5, 6, 7).

6. The United States and Utah are experiencing exponential increases in COVID 19 cases (REF 9, 10). The cases in Utah have now been increasing for the past 3 weeks and the peak case counts are anticipated to be realized in late April (REF 10, 11). Over 1,600 cases of COVID 19 have been identified in Utah, and the 25 – 44-year-old age group accounts for 40% of the COVID 19 cases and 20% of the hospitalizations. Utah's older population (65 years and above) account for only 11% of the total cases of COVID 19 but account for 31% of total hospitalizations for COVID 19. In order to slow this spread of COVID 19, it is critical that we all limit our contact with others to minimize or eliminate inadvertent spread of this virus.

7. Jails and prisons in Utah are at very high risk for being a focal point of SARS COV-2 transmission due to the inability for prisoners and prison staff to perform aggressive social distancing. While important steps have been taken by the prison system to limit the spread of virus including restricting visitors (personal and legal representatives), transitioning to teleconferencing for meetings, and reducing facility transfers for incarcerated people, this is insufficient for two reasons. First, infected staff members and incarcerated individuals will continue to enter correctional settings. Many of these infected individuals will be asymptomatic and will unknowingly transmit this virus to other inmates and staff. Secondly, the Salt Lake Tribune reported the first Salt Lake County inmate tested positive for COVID 19 on Thursday April 2, 2020, resulting in medical quarantine of 50 other inmates. The virus has already entered local jails.

8. A large outbreak of COVID 19 in our jail system has the potential to not only overburden our healthcare system but also jeopardize the safety of inmates, jail staff, their families, their communities, and the critical volume of workers needed to maintain the jail. As such, it is my opinion (and shared by others in the field – REF 8) that we need to reduce the burden on our jails and prisons as much as possible while continuing to keep our communities safe.

DATED this 6th day of April, 2020.

Dr. Eddie Stenehjem, Declarant

Ref 1 Yu X[1], Yang R[2]. *COVID-19 transmission through asymptomatic carriers is a challenge to containment*. Influenza Other Respir Viruses. 2020 Apr 4. doi: 10.1111/irv.12743. [Epub ahead of print]

Ref 2 Stephen M. Parodi, MD; Vincent X. Liu. *From Containment to Mitigation of COVID-19 in the US*. JAMA. Published online March 13, 2020. doi:10.1001/jama.2020.3882.

Ref 3. van Doremalen N, Bushmaker T, Morris DH, et al. *Aerosol and Surface Stability of SARS-CoV-2 as Compared with SARS-CoV-1*. N Engl J Med. 2020 Mar 17. doi: 10.1056/NEJMc2004973. [Epub ahead of print] PMID: 32182409Ref 4. Also found at https://www.nejm.org/doi/full/10.1056/NEJMc2004973. Accessed April 6, 2020.

Ref 4 Zou, L., Ruan, F., Huang, M., et al. *SARS-CoV-2 Viral Load in Upper Respiratory Specimens of Infected Patients*. N. Engl. J. Med. 2020.

Ref 5 The World Health Organization website. Coronavirus disease (COVID-19) advice for the public. https://www.who.int/emergencies/diseases/novel-coronavirus-2019/advice-for-public. Accessed April 5, 2020.

Ref 6 The Centers for Disease Control and Prevention website. Coronavirus Disease 2019 page. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-distancing.html. Accessed April 5, 2020.

Ref 7 The Infectious Disease Society of America website. Social Distancing Guidelines page. https://www.idsociety.org/news--publications-new/articles/2020/IDSA-HIVMA-Statement-on-Potential-Lifting-of-Social-Distancing-Guidelines/. Accessed April 5, 2020.

Ref 8 Akiyama MJ, Spaulding AC, Rich JD. *Flattening the Curve for Incarcerated Populations - Covid-19 in Jails and Prisons*. N Engl J Med. 2020 Apr 2. doi: 10.1056/NEJMp2005687. [Epub ahead of print]

Ref 9 The Johns Hopkins University & Medicine website. Coronavirus Resource Center page. https://coronavirus.jhu.edu/map.html. Accessed April 5, 2020.

Ref 10 Utah Department of Health website. https://coronavirus.utah.gov/case-counts/. Accessed April 5, 2020.

Ref 11 The University of Washington Institute for Health Metrics and Evaluation (IHME), *Forecasting COVID-19 impact on hospital-bed days, ICU-days, ventilator-days and deaths by US state in the next 4 months: Covid-19 projections assuming full social distancing through May 2020.* http://covid19.healthdata.org/projections. Accessed April 6, 2020.