# Attachment D

## BOP Data

| Location | Cases | Population | Infections/ 1,000 People | Infection Rate as Percent of Population |
|---|---|---|---|---|
| Bureau of Prisons | 20,138 | 139,388 | 144.47 | 14.4474% |
| United States | 10,559,383 | 330,570,335 | 31.94 | 3.1943% |
| China | 86,299 | 1,394,015,977 | 0.06 | 0.0062% |
| Italy | 166,401 | 62,402,659 | 2.67 | 0.2667% |

| | BOP has an infection rate X times higher |
|---|---|
| Compared to the United States | 4.52 |
| Compared to China | 2333.74 |
| Compared to italy | 54.18 |

| | |
|---|---|
| Current Cases | 2,894 |
| Recovered Cases | 17,107 |
| Deaths | 137 |
| BOP-Managed institutions | 125,304 |
| Community-based institutions | 14,084 |

| | |
|---|---|
| BOP Infected | https://www.bop.gov/coronavirus/index.jsp |
| BOP Deaths | https://www.bop.gov/coronavirus/index.jsp |
| BOP Population | https://www.bop.gov/about/statistics/population_statistics.jsp |
| U.S. Infected | https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.htm |
| U.S. Deaths | https://www.cdc.gov/nchs/nvss/vsrr/COVID19/index.htm |
| U.S. Population | https://www.census.gov/popclock/ |