ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801)-524-5682
Email: Stephen.Nelson@usdoj.gov

FILED US District Court-UT
MAY 05 '21 PM01:14

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA DIAZ-OSUNA and EDGAR DANIEL CARRILLO,<br><br>Defendant. | Case No. 2:19-cr-226 HCN<br><br><u>SUPERSEDING INDICTMENT</u><br><br>VIOLATIONS:<br><br>Count 1: 21 U.S.C. § 841(a)(1)<br>Possession of Methamphetamine with Intent to Distribute<br><br>Count 2: 18 U.S.C. § 924(c)<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br><br>Count 3: 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2<br>Possession of Methamphetamine with Intent to Distribute<br><br>Count 4: 18 U.S.C. § 924(c)<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br><br>Count 5: 18 U.S.C. § 922(g)(5)<br>Alien in Possession of a Firearm<br><br>Judge Howard C. Nielson, Jr. |

The Grand Jury Charges:

**COUNT 1**
**21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about June 13, 2019, in the Central Division of the District of Utah,

PAMELA DIAZ-OSUNA,

defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

**COUNT 2**
**18 U.S.C. § 924(c) & 18 U.S.C. § 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 13, 2019, in the Central Division of the District of Utah,

PAMELA DIAZ-OSUNA,

defendant herein, did knowingly possess a firearm, that is, a Pico pistol, in furtherance of a drug trafficking crime, to wit: possession of methamphetamine with intent to distribute, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count 1 of this Indictment and incorporated by reference herein, and did aid and abet therein; all in violation of 18 U.S.C. § 924(c)(1)(A).

**COUNT 3**
**21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about June 13, 2019, in the Central Division of the District of Utah,

PAMELA DIAZ-OSUNA and EDGAR DANIEL CARILLO,

defendants herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 4**
**18 U.S.C. § 924(c) & 18 U.S.C. § 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 13, 2019, in the Central Division of the District of Utah,

EDGAR DANIEL CARILLO,

defendant herein, did knowingly possess a firearm, that is, a Primary Weapon System, Model - MK107; a Remington Arms, Model - 1911 R1, Caliber - 45; a Fabrinor Legutiano, Model - NA, Caliber - UNK; a AK-47, Model - NA, Caliber - 7.62 X 39; and a Diamondback Firearms, Model - Multi Cal, Caliber: .223/5.56, in furtherance of a drug trafficking crime, to wit: possession of methamphetamine with intent to distribute, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count 3 of this Indictment and incorporated by reference herein, and did aid and abet therein; all in violation of 18 U.S.C. § 924(c)(1)(A).

**COUNT 5**
**18 U.S.C. § 922(g)(5)**
**(Alien in Possession of a Firearm)**

On or about June 13, 2019, in the Central Division of the District of Utah,

EDGAR DANIEL CARILLO,

the defendant herein, then being an alien illegally or unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, to wit: a Primary Weapon System, Model - MK107; a Remington Arms, Model - 1911 R1, Caliber - 45; a Fabrinor Legutiano, Model - NA, Caliber - UNK; a AK-47, Model - NA, Caliber - 7.62 X 39; and a Diamondback Firearms, Model - Multi Cal, Caliber: .223/5.56, in violation of 18 U.S.C. § 922(g)(5).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for violating 18 U.S.C. § 924, and/or 21 U.S.C. § 841, the defendant PAMELA DIAZ-OSUNA shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to,

- A Pico pistol, Serial# 038874.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for violating 18 U.S.C. § 924, and/or 21 U.S.C. § 841, the defendant EDGAR DANIEL CARILLO shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to,

- Primary Weapon System, Model - MK107;
- Remington Arms, Model - 1911 R1, Caliber - 45;
- Fabrinor Legutiano, Model - NA, Caliber - UNK;

- AK-47, Model - NA, Caliber - 7.62 X 39; and
- Diamondback Firearms, Model - Multi Cal, Caliber: .223/5.56.

A TRUE BILL:

/S/

FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

STEWART M. YOUNG
STEPHEN L. NELSON
Assistant United States Attorneys