ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801)-524-5682
Stewart.Young@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA DIAZ-OSUNA,<br><br>Defendant. | 2:19-CR-226<br><br>FELONY INFORMATION<br><br>VIOLATION:<br><br>Count 1: 21 U.S.C. § 841(a)(1)<br>Possession of Methamphetamine with Intent to Distribute<br><br>Count 2: 18 U.S.C. § 924(c)<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

The Acting United States Attorney Charges:

**COUNT 1**
**21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about June 13, 2019, in the District of Utah,

PAMELA DIAZ-OSUNA,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture

or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

**COUNT 2**
**18 U.S.C. § 924(c) & 18 U.S.C. § 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about June 13, 2019, in the District of Utah,

PAMELA DIAZ-OSUNA,

defendant herein, did knowingly possess a firearm, that is, a Pico pistol, Serial# 038874, in furtherance of a drug trafficking crime, to wit: possession of methamphetamine with intent to distribute, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count 1 of this Information and incorporated by reference herein, and did aid and abet therein; all in violation of 18 U.S.C. § 924(c)(1)(A).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 924; or pursuant to 21 U.S.C. 853, upon conviction of any offense violating 21 U.S.C. 841, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- Primary Weapon System rifle, CAL: .223/5.56, SN: X01323
- Remington Arms handgun, CAL: 45 SN: RHH028296
- Llama Minimax 45 handgun, CAL: 45, SN: 71-04-04815-04

- Century Arms RAS47 AK-47 rifle, CAL: 7.62X39 SN: RAS47105246
- Diamondback Multi-Caliber rifle, CAL: .223/5.56 SN: DB1908179
- Beretta pistol, CAL: 9, SN: PC038874
- Associated bag with multiple rifle magazines and ammunition

ANDREA T. MARTINEZ
Acting United States Attorney

/s/ *Stephen L. Nelson*

STEWART M. YOUNG
STEPHEN L. NELSON
Assistant United States Attorneys