AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| United States of America<br>v.<br>Pamela Diaz Osuna<br>*Defendant* | ) | Case No. 2:19cr226 HCN |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/1/21

Pamela Diaz Osuna signed with authorization by Emily Stirba
*Defendant's signature*

*Signature of defendant's attorney*

EMILY A. STIRBA
*Printed name of defendant's attorney*

Daphne A. Oberg
*Judge's signature*

United States Magistrate Judge
*Judge's printed name and title*