ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310 ◆ cy.castle@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA DIAZ-OSUNA and<br>EDGAR DANIEL CARRILLO,<br><br>Defendants. | Case No. 2:19CR00226-HCN-JCB<br><br>STATUS OF FORFEITURE<br>(Stolen Firearm and Ammunition)<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

The following property was properly forfeited to the United States:

- Primary Weapon System rifle, CAL: .223/5.56, SN: X01323
- Associated ammunition

After the forfeiture, the United States learned that the above-identified property previously belonged to an independent third party.

Therefore, the United States hereby informs the court that the above-identified forfeited property will be returned to the owner, rather than be disposed of by the United States.

Dated this 27th day of October, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/ Cy H. Castle*
CY H. CASTLE
Assistant U.S. Attorney